In the United States District Court
for the Northern District of Illinois

**United States of America,**
**Plaintiff,**

**Case number** 24-cr-450

**Judge** Honorable Maria Valdez

v.

Armando Padilla
**Defendant.**

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Armando Padilla      **Under seal?** ☐ Yes ☒ No

**Defendant number** 1      **Representation type** OT

**Type of person represented** Adult      **Court order** Appointing Counsel

**Payment category** Felony      **Name of Prior Attorney**

**Name of appointed attorney** Brad J. Thomson

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____      9/25/24
**Signature of Presiding Judge or by Order of the Court**      **Date**

**Nunc Pro Tunc Date:**      or ☒ None

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☐ Yes ☐ No
**Prior authorization approved?** ☐ Yes ☐ No  ☐ Not applicable

_____      _____
**Signature of Presiding Judge or by Order of the Court**      **Date**

**Nunc Pro Tunc Date:**      or ☐ None

Rev. 2212019