### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 24cr450-1 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Armando Padilla, | ) | |
| | ) | |
| Defendant(s), | ) | |

### ORDER

    Emergency motion hearing held. The Court advised defendant of rights to appear in person and defendant waives rights to appear in person and to consents to appear by telephone. For the reasons stated on record, defendant's motion for a hearing to admonish defendant regarding bond conditions and implement bond [8] is granted. The Court accepts the parties' agreed Conditions of Release and Appearance Bond. Enter Order Setting Conditions of Release and Appearance Bond. Defendant shall be released after processing. Defendant shall appear at the next set court hearing date in the Western District of Texas. Enter Order Requiring A Defendant To Appear In The District Where Charges Are Pending And Transferring Bail.

T:(00:10)

Date: October 4, 2024

_____
M. David Weisman
United States Magistrate Judge